UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ANTOINNE JAMES HOLMES (1) and<br>REIGAN RAE ALLEN (2),<br><br>　　　　　　　　　Defendants. | Case No. 2:21-CR-0091-TOR<br><br>Order Granting United States' Motion for a Protective Order |

　　　BEFORE THE COURT is the United States' Unopposed Motion for Protective Order. ECF No. 22. The motion was submitted for consideration without oral argument on an expedited basis. Having reviewed the record and the files therein, the Court is fully informed. For good cause showing, the motion is granted.

　　　IT IS HEREBY ORDERED that:

　　　1.　The United States' Motion for a Protective Order (ECF No. 22) is **GRANTED.**

　　　2.　The United States will provide discovery materials on an on-going basis to defense counsel;

　　　3.　Defense counsel may possess, but not copy (excluding the production of necessary working copies), all discovery materials;

Order Granting United States' Motion for a Protective Order - 1

4.     Defense counsel may show to, and discuss with the Defendants, all discovery materials;

5.     Defense counsel shall not provide original or copies of discovery materials to the Defendants.

6.     Defense counsel shall not otherwise provide original or copies of the discovery material to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the Protective Order;

7.     The United States, defense counsel, and witnesses may reference the existence and content of sealed / protective discovery material in open and closed court proceedings relevant to Case No. 2:21-CR-00091-TOR; provided however, any written reference to the content of the protected discovery shall be filed under seal.

IT IS SO ORDERED. The Clerk shall enter this Order and furnish copies to counsel.

DATED August 23, 2021.



Thomas O. Rice
United States District Judge

Order Granting United States' Motion for a Protective Order - 2