Douglas D. Phelps
Phelps & Associates, P.S.
2903 N. Stout Road
Spokane, WA 99206
Phone: (509)892-0467
Fax: (509)921-0802

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:21-CR-00091-TOR-1 |
| | ) | |
| Plaintiff | ) | DEFENDANT'S OBJECTIONS |
| | ) | AND CORRECTIONS TO THE |
| vs. | ) | PRE-SENTENCE |
| | ) | INVESTIGATION REPORT |
| ANTOINNE HOLMES, | ) | |
| | ) | |
| Defendant. | ) | (FILE UNDER SEAL) |
| | ) | |

COMES NOW the Defendant, ANTOINNE HOLMES, by and through his attorney of record, Douglas D. Phelps of Phelps & Associates, P.S., and makes the following objections and corrections to the draft of the Presentence Investigation Report (ECF 88):

1) **Page 8, paragraph 28** – Mr. Holmes was driving and did not use at that time. He does not deny general use (see paragraph 34).

2) **Page 8, paragraph 30** – U.S. Attorney has advised that there was not adequate evidence to support charging of this allegation.

3) **Page 10, paragraph 37** – Mr. Holmes provided substantial assistance.

4) **Page 10, paragraph 38** – It was not determined the pills D.K. had ingested were from Mr. Holmes. The Assistant U.S. Attorney acknowledges insufficient evidence on this allegation involving D.K.

5) **Page 15, paragraphs 83, 87 and 89** – the incident cited in these paragraphs was from the same Spokane Municipal Court case arising from a single incident.

6) **Page 15, paragraph 87** – Mr. Holmes never exited the car. The passenger in the car, Jayden Dan, exited the car.

7) **Page 22, paragraph 130** – Mr. Holmes provided substantial assistance.

8) **Page 24, paragraph 148** – Mr. Holmes provided substantial assistance.

9) **Page 27, paragraph 149** – The Defendant will address 18 U.S.C. § 3553(a) factors in his sentencing memorandum, but he notes that he suffered a serious head injury and other injuries leading to opioid addiction.

  The defendant respectfully requests that the above-listed corrections or additions be made to the presentence report.

Respectfully filed this 8th day of June, 2022.

s/Douglas D. Phelps
WSBA #22620
Phelps & Associates, P.S.
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Assistant United States Attorney, Michael Ellis

U.S. Probations Officer, Jennifer Frieling

s/Douglas D. Phelps
WSBA #22620
Phelps & Associates, P.S.
Attorney for Defendant

Defendant's Objections
and Corrections to the
Pre-Sentence Investigation
Report - 3