Douglas D. Phelps
Phelps & Associates, P.S.
2903 N. Stout Road
Spokane, WA 99206
Phone: (509)892-0467
Fax: (509)921-0802

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> ANTOINNE JAMES HOLMES, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 2:21-cr-0091-TOR(1) <br><br> SUPPLEMENTAL DOCUMENTS TO DEFENDANT'S SENTENCING MEMORANDUM <br><br> (FILE UNDER SEAL) |

TO:   HONORABLE JUDGE THOMAS O. RICE, District Court Judge
      MICHAEL ELLIS, Assistant United States Attorney
      JENNIFER FRIELING, United States Probation Officer

COMES NOW the Defendant, ANTOINNE JAMES HOLMES, by and through his attorney, Douglas D. Phelps of Phelps & Associates, P.S., and submits the following supplemental documentation to his previously filed sentencing memorandum (ECF 107):

Supplemental Documents to
Defendant's Sentencing
Memorandum - 1

1.) Medical records from Providence Sacred Heart Medical Center regarding treatment received for injuries Defendant Antoinne Holmes sustained from a fall on July 22, 2016.

Respectfully submitted this 18th day of October, 2022

s/Douglas D. Phelps
ISB# 22620
Phelps & Associates, P.S.
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Assistant United States Attorney, Michael Ellis

United States Probations Officer, Jennifer Frieling

s/Douglas D. Phelps<br>
WSBA #22620<br>
Phelps & Associates, P.S.<br>
Attorney for Defendant

Supplemental Documents to
Defendant's Sentencing
Memorandum - 3

# EXHIBIT A

Supplemental Documents to
Defendant's Sentencing
Memorandum - 4